IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON DIVISION

| | |
|---|---|
| Michelle Melton, | : |
| | : |
| Plaintiff, | : |
| v. | : |
| | : Civil Action No.: 2:14-cv-02448 |
| Navient Solutions, Inc. f/k/a Sallie Mae, Inc.; and DOES 1-10, inclusive, | : |
| | : |
| Defendants. | : |

NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The Plaintiff anticipates filing a voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 60 days.

Dated: January 14, 2015

Respectfully submitted,

By /s/*Brian J. Headley*
Brian J. Headley, Esquire
District of South Carolina Bar ID No. 11427
The Headley Law Firm
1156 Bowman Rd., Suite 200
Mount Pleasant, SC  29464
Telephone: (843) 375-6181
Facsimile: (843) 375-6185
bjheadley@yahoo.com
bheadley@lemberglaw.com

*Of Counsel to*
Lemberg Law, LLC
1100 Summer Street, 3rd Floor
Stamford, CT 06905
Telephone: (203) 653-2250
Facsimile: (888) 953-6237

## **CERTIFICATE OF SERVICE**

      I hereby certify that on January 14, 2015, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court for the Southern District of West Virginia Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                                  By   /s/*Brian J. Headley*
                                                              Brian J. Headley, Esq.