# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# AT CHARLESTON DIVISION

| | |
|---|---|
| Michelle Melton, | : |
| Plaintiff, | : |
| v. | : Civil Action No.: 2:14-cv-02448 |
| Navient Solutions, Inc. f/k/a Sallie Mae, Inc., | : |
| Defendants. | : |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff, Michelle Melton, and Defendant Navient Solutions, Inc. ("Navient") hereby jointly stipulate to the dismissal with prejudice of Plaintiff's claims against Navient with each side to bear its own fees and costs.

Dated: March 16, 2015

  /s/*Brian J. Headley*  
Brian J. Headley, Esquire  
District of South Carolina Bar ID No. 11427  
The Headley Law Firm  
1156 Bowman Rd., Suite 200  
Mount Pleasant, SC  29464  
Telephone: (843) 375-6181  
Facsimile: (843) 375-6185  
bjheadley@yahoo.com  
bheadley@lemberglaw.com  
*Attorney for Plaintiff*

Of Counsel To  
LEMBERG LAW, LLC  
A Connecticut Law Firm  
1100 Summer Street, 3rd Floor  
Stamford, CT 06905  
Telephone: (203) 653-2250  
Facsimile:  (888) 953-6237  

  /s/ *Chris R. Arthur*  
Chris R. Arthur, Esquire  
Steptoe & Johnson, PLLC  
Chase Tower, 8th Floor  
707 Virginia Street, East  
Charleston, WV 25301  
Telephone: (304) 353-8189  
Facsimile: (304) 353-8180  
Chris.Arthur@Steptoe-Johnson.com  
*Attorney for Defendant*

## **CERTIFICATE OF SERVICE**

    I hereby certify that on March 16, 2015, a true and correct copy of the foregoing Joint Stipulation of Dismissal was filed with the Clerk of Court for the United States District Court for the Southern District of West Virginia using the CM/ECF system and that the document is available online.

                                    By  /s/*Brian J. Headley*
                                          Brian J. Headley, Esq.